United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 7, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-30891
Summary Calendar

_____

JEREMY BIAS,

Plaintiff,

v.

BETH LUNDY, Etc.; ET AL.,

Defendants.

_____

RONNIE BIAS,

Plaintiff – Appellant,

v.

BETH LUNDY, Etc.; ET AL.,

Defendants,

BETH LUNDY, Individually and In Her Official Capacity
as Sheriff Calcasieu Parish; BRENT KING, Individually and
In His Official Capacity as Deputy Sheriff Calcasieu Parish;
JOHN DOE, Individually and In His Official Capacity as
Deputy Sheriff Calcasieu Parish, ROY MALONE, Individually

1

and In His Official Capacity as Deputy Sheriff Calcasieu Parish;
LEONARD GADDY, Individually and In His Official Capacity
as Deputy Sheriff Calcasieu Parish; CHRIS RYAN, Individually and In His
Official Capacity as Deputy Sheriff Calcasieu Parish; DARRYL
GUILLORY, Individually and In His Official Capacity as Deputy Sheriff
Calcasieu Parish,

Defendants – Appellees.

---

Appeal from the United States District Court for
the Western District of Louisiana, Lake Charles
(USDC No. 2:01-CV-434-PM)

---

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM:[*]

Our July 6, 2006 opinion stated erroneously that the trial and order were that

of the magistrate judge.  The district judge entered the order.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should
not be published and is not precedent except under the limited circumstances set forth in
5TH CIR. R. 47.5.4.

2